

**Tre Hargett**
Secretary of State

**Division of Business Services**
**Department of State**
State of Tennessee
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## AFFIDAVIT AND ENDORSEMENT

Case #: **19-470-IV**                                                                04/24/2019

Certified #: **70181830000045415300**                    SOS Summons #: 07238300

RE: **DEBRA A IRVIN**

VS: **GREEN WISE HOMES LLC, CHARLES E. WALKER, JON PAUL JOHNSON, JULIE COONE, JAMES BRETT AND NATION WIDE INVESTMENTS LLC**

     I, <u>DARLENE LAWRENCE</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

     That on <u>04/05/2019</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>GREEN WISE HOMES LLC</u> whose address is: <u>8 THE GREEN, DOVER, DE  19901</u>, and that on <u>04/10/2019</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

     I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on <u>04/22/2019</u>, and returned to <u>DAVIDSON COUNTY - CHANCERY COURT of NASHVILLE, TN</u> on <u>04/24/2019</u>.

Tre Hargett
Secretary of State

By:

Sworn to and subscribed before me this

24th day of April, 20 19

Notary Public

My Commission Expires: 1-3-2023

KELLI WIGGINS
STATE OF TENNESSEE
NOTARY PUBLIC
DAVIDSON COUNTY

SS-4201(Rev. 9/15)                                                                RDA 1003

COPY

SUMMONS

| STATE OF TENNESSEE<br>20ᵀᴴ JUDICIAL DISTRICT<br>CHANCERY COURT | | CASE FILE NUMBER<br>19-470-IV |
|---|---|---|
| **PLAINTIFF**<br>Debra A. Irvin | **DEFENDANT**<br>Green Wise Homes LLC, Charles E. Walker, Jon Paul Johnson, Julie Coone, James Brett, and Nationwide Investments LLC | |

TO:   (NAME AND ADDRESS OF DEFENDANT)

   Green Wise Homes LLC
   A Registered Agent, INC.
   8 The Green, Ste A
   Dover, DE

Method of Service:

☐ Certified Mail
☐ Davidson Co. Sheriff
☐ *Comm. Of Insurance
☒ *Secretary of State
☐ *Out of County Sheriff
☐ Private Process Server
☐ Other
         *Attach Required Fees

List each defendant on a separate summons.

**YOU ARE SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CHANCERY COURT, DAVIDSON COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU MUST FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.**

| Attorney for plaintiff or plaintiff if filing Pro Se:<br>(Name, address & telephone number)<br><br>Eugene N. Bulso, Jr.<br>414 Union Street, Suite 1740<br>Nashville, TN 37219<br>615-780-4100 | FILED, ISSUED & ATTESTED                        APR - 4 2019<br><br>**MARIA M. SALAS, Clerk and Master**<br>By:          1 Public Square<br>              Suite 308<br>              Nashville, TN 37201<br><br><br>                    Deputy Clerk & Master |
|---|---|

**NOTICE OF DISPOSITION DATE**

   The disposition date of this case is twelve months from date of filing. The case must be resolved or set for trial by this date or it will be dismissed by the Court for failure to prosecute pursuant to T.R.C.P. 41.02 and Local Rule 18.

   If you think the case will require more than one year to resolve or set for trial, you must send a letter to the Clerk and Master at the earliest practicable date asking for an extension of the disposition date and stating your reasons. Extensions will be granted only when exceptional circumstances exist.

| TO THE SHERIFF: | DATE RECEIVED |
|---|---|
| | |
| | **Sheriff** |

RECEIVED STATE OF TENNESSEE
2019 APR -5 PM 3: 40
TRE HARGETT SECRETARY OF STATE

***Submit one original plus one copy for each defendant to be served.**

ADA Coordinator, Maria M. Salas (862-5710)

## RETURN ON SERVICE OF SUMMONS

FILED

I hereby return this summons as follows: (Name of Party Served) _____

☐ Served _____     ☐ Not Found ___2019 APR 29 PM 2: 57___
☐ Not Served _____     ☐ Other _____

| DATE OF RETURN: | By: |
| | CLERK & MASTER |
| | DAVIDSON CO. CHANCERY CT. |
| | Sheriff/or other authorized person to serve process B.C. & M |

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 20___, I sent, postage prepaid, by registered return

receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in case _____ to

the defendant _____. On the _____ day of _____, 20___, I received the return

receipt, which had been signed by _____ on the _____ day of _____, 20___.

The return receipt is attached to this original summons to be filed by the Chancery Court Clerk & Master.

| Sworn to and subscribed before me on this _____ day of _____, 20___. | Signature of plaintiff, plaintiff's attorney or other person authorized by statute to serve process. |
| Signature of ____ Notary Public or ____ Deputy Clerk | |
| My Commission Expires: | |

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S):

Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Mail list to: Clerk & Master
          1 Public Square
          Suite 308
          Nashville TN 37201

Please state file number on list.

### CERTIFICATION (IF A

I, Maria M. Salas, Clerk & Master of the Chancery Court in the State of Tennessee, Davidson County, do certify this to be a true and correct copy of the original summons issued in this case.

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.

GREEN WISE HOMES LLC
STE A
8 THE GREEN
DOVER, DE 19901

PS Form 3811, July 2015 PSN 7530-02-000-9053

2. Article Number (Transfer from service label)
9590 9402 3902 8060 1230 19

4/10/19

COMPLETE THIS SECTION ON DELIVERY

A. Signature
☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
4/15/19

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

CLERK & MASTER DAVIDSON CO. CHANCERY
2019 APR 29 PM 3: 5
FILED

3. Service Type
☐ Priority Mail Express®
☐ Adult Signature
☐ Registered Mail™
☐ Adult Signature Restricted Delivery
☐ Registered Mail Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt