

**Tre Hargett**
Secretary of State

FILED
2019 APR 29 PM 3:02
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.

**Division of Business Services**
**Department of State**
**State of Tennessee**
312 Rosa L. Parks AVE, 6th FL
Nashville, TN 37243-1102

## AFFIDAVIT AND ENDORSEMENT

Case #: **19-470-IV**  04/24/2019

Certified #: **70181830000045415454**  SOS Summons #: 07238498

RE: **DEBRA A IRVIN**

VS: **GREEN WISE HOMES LLC, CHARLES E. WALKER, JON PAUL JOHNSON, JULIE COONE, JAMES BRETT AND NATION WIDE INVESTMENTS LLC**

   I, <u>DARLENE LAWRENCE</u>, having been duly authorized by Tre Hargett, Secretary of State of Tennessee, do hereby make oath on his behalf and under authorization as follows:

   That on <u>04/05/2019</u>, I received from the plaintiff the original and certified copies of the process, notice or demand issued against <u>NATIONWIDE INVESTMENTS, LLC</u>
whose address is: <u>1001 S MAIN ST, KALISPELL, MT 59901</u>,
and that on <u>04/10/2019</u>, I mailed by registered or certified return-receipt mail the certified copies of the process, notice, or demand to the above address together with a written notice that service was made.

   I further make oath that the return receipt for the registered or certified letter was received at my office in Nashville, Tennessee, on <u>04/23/2019</u>, and returned to <u>DAVIDSON COUNTY - CHANCERY COURT of NASHVILLE</u>, <u>TN</u> on <u>04/24/2019</u>.

*Tre Hargett*
Tre Hargett
Secretary of State

By: *Darlene Lawrence-PSA*

Sworn to and subscribed before me this
24th day of April, 2019

*Cindy Johnson*
Notary Public

My Commission Expires: 5-5-2020



SS-4201(Rev. 9/15)  RDA 1003

| STATE OF TENNESSEE | COPY | CASE FILE NUMBER |
| 20TH JUDICIAL DISTRICT | SUMMONS | 19-470-IV |
| CHANCERY COURT | | |

| PLAINTIFF | DEFENDANT |
|---|---|
| Debra A. Irvin | Green Wise Homes LLC, Charles E. Walker, Jon Paul Johnson, Julie Coone, James Brett, and Nationwide Investments LLC |

TO: (NAME AND ADDRESS OF DEFENDANT)

Nationwide Investments, LLC
c/o All Day $49 Montana Registered Agent, LLC
1001 S Main St., Suite 49
Kalispell, MT 59901

Method of Service:
- [ ] Certified Mail
- [ ] Davidson Co. Sheriff
- [ ] *Comm. Of Insurance
- [x] *Secretary of State
- [ ] *Out of County Sheriff
- [ ] Private Process Server
- [ ] Other

*Attach Required Fees

List each defendant on a separate summons.

YOU ARE SUMMONED TO DEFEND A CIVIL ACTION FILED AGAINST YOU IN CHANCERY COURT, DAVIDSON COUNTY, TENNESSEE. YOUR DEFENSE MUST BE MADE WITHIN THIRTY (30) DAYS FROM THE DATE THIS SUMMONS IS SERVED UPON YOU. YOU MUST FILE YOUR DEFENSE WITH THE CLERK OF THE COURT AND SEND A COPY TO THE PLAINTIFF'S ATTORNEY AT THE ADDRESS LISTED BELOW. IF YOU FAIL TO DEFEND THIS ACTION BY THE ABOVE DATE, JUDGMENT BY DEFAULT CAN BE RENDERED AGAINST YOU FOR THE RELIEF SOUGHT IN THE COMPLAINT.

Attorney for plaintiff or plaintiff if filing Pro Se:
(Name, address & telephone number)
Eugene N. Bulso, Jr.
414 Union Street, Suite 1740
Nashville, TN 37219
615-780-4100

FILED, ISSUED & ATTESTED
APR - 4 2019

MARIA M. SALAS, Clerk and Master
By:
1 Public Square
Suite 308
Nashville, TN 37201

Deputy Clerk & Master

## NOTICE OF DISPOSITION DATE

The disposition date of this case is twelve months from date of filing. The case must be resolved or set for trial by this date or it will be dismissed by the Court for failure to prosecute pursuant to T.R.C.P. 41.02 and Local Rule 18.

If you think the case will require more than one year to resolve or set for trial, you must send a letter to the Clerk and Master at the earliest practicable date asking for an extension of the disposition date and stating your reasons. Extensions will be granted only when exceptional circumstances exist.

| TO THE SHERIFF: | DATE RECEIVED |
|---|---|
| | |
| | Sheriff |

RECEIVED STATE OF TENNESSEE TRE HARGETT SECRETARY OF STATE 2019 APR -5 PM 3:41

***Submit one original plus one copy for each defendant to be served.

♿ADA Coordinator, Maria M. Salas (862-5710)

# RETURN ON SERVICE OF SUMMONS

I hereby return this summons as follows: (Name of Party Served) _____

☐ Served _____
☐ Not Served _____
☐ Not Found _____
☐ Other _____

FILED
2019 APR 29 PM 3:02
CLERK & MASTER
DAVIDSON CO. CHANCERY CT.
LN
D.C. & M.

| DATE OF RETURN: | By: _____ |
|---|---|
| | Sheriff/or other authorized person to serve process |

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return that on the _____ day of _____, 20___, I sent, postage prepaid, by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the c[omplaint] _____ to the defendant _____. On the _____ day of _____ [was delivered] the return receipt, which had been signed by _____ on th[e _____ day of _____]. The return receipt is attached to this original summons to be filed by the Chanc[ery Court Clerk].

Sworn to and subscribed before me on this _____ day of _____, 20___.

Signature of ____ Notary Public or ____ Deputy Clerk

Sign[ature of] auth[orized person]

My Commission Expires:

### NOTICE OF PERSONAL PROPERTY EXEMPTION

TO THE DEFENDANT(S):

Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

Mail list to: Clerk & Master
1 Public Square
Suite 308
Nashville TN 37201

Please state file number on list.

[Attached USPS certified mail receipt and return receipt card addressed to:]
NATIONWIDE INVESTMENTS, LLC
STE 49
1001 S MAIN ST
KALISPELL, MT 59901

Article Number: 9590 9402 3902 8060 1229 99
PS Form 3811, July 2015 PSN 7530-02-000-9053
Domestic Return Receipt
Received by (Printed Name): Autumn Knight 4/6/19
Date of Delivery: 4/6/19

## CERTIFICATION (IF APPLICABLE)

I, Maria M. Salas, Clerk & Master of the Chancery Court in the State of Tennessee, Davidson County, do certify this to be a true and correct copy of the original summons issued in this case.

MARIA M. SALAS, Clerk & Master
By: _____ D.C. & M.