# IN THE TENNESSEE CHANCERY COURT
## FOR THE TWENTIETH JUDICIAL DISTRICT

**DEBRA A. IRVIN,**

    **Plaintiff,**

**v.**

**GREEN WISE HOMES LLC, CHARLES E. WALKER, JON PAUL JOHNSON, JULIE COONE, JAMES BRETT, and NATIONWIDE INVESTMENTS LLC,**

    **Defendants.**

Case No. *19-470-IV*

**JURY DEMAND**



Karen Johnson    Davidson County
Batch# 213830    **ORDER**
04/04/2019 10:07:27 AM    7 pgs
Fees: $37.00 Taxes: $0.00

20190404-0030724

## ABSTRACT AND NOTICE OF LIEN LIS PENDENS

Pursuant to Tennessee Code §§ 20-3-101 and 26-4-104, notice is hereby given of a suit filed in the Chancery Court of Tennessee for the Twentieth Judicial District at Nashville, in which the parties listed above are the respective plaintiff and defendants. Plaintiff commenced this action on April 4, 2019. Plaintiff seeks to affix a lien *lis pendens* against the property described below in the amount of $825,000 because of defendants' fraudulent transfer of such property to the current record owner, defendant Green Wise Homes, LLC, to avoid payment of an obligation owing to plaintiff. Plaintiff is entitled to have any damages awarded satisfied from such property. The property as to which plaintiff asserts a lien *lis pendens* is described as follows:

1. **102 Prescott Place, Nashville, TN 37211**, more particularly described as:

Land in Davidson County, Tennessee, being all of Unit No. 102 on the Plan of Prescott Place. Condominiums, as shown by plat appearing of record in Plat

{00128328.DOCX / ver: }
Case 3:19-ap-90103   Doc 2-1   Filed 05/12/19   Entered 05/12/19 22:13:02   Desc
Exhibit A - Lien Lis Pendens   Page 1 of 7

Book 6200, page 257, as revised in Plat Book 6250, page 537 of the Register's Office of Davidson County, Tennessee, to which plat reference is hereby made for a more complete detail of said unit. Being the same property conveyed to Charles Walker by Deed from W. E. McDonald, a married man, dated March 19, 2012, as of record in Instrument No. 20120320-0023602, Register's Office for Davidson County, Tennessee.

2. **104 Prescott Place, Nashville, TN 37211**, more particularly described as:

Land in Davidson County, Tennessee, being Unit No. 104. Plan of Prescott Place Condominiums, as shown on plat of record in Book 6200, page 257, amended in Book 6250, page 537, as established under Master Deed of record in Book 6615, page 743, amended in Book 6639, page 416 and further amended in Book 6779, page 691, in the Register's Office, Davidson County, Tennessee, to which master deed reference is hereby made for a more particular description of said unit. Being the same property conveyed to Charles E. Walker by Warranty Deed from Cynthia Gale Johnson of record in Instrument Number 20130109-0002880, Register's Office for Davidson County, Tennessee.

3. **108 Prescott Place, Nashville, TN 37211**, more particularly described as:

A certain condominium apartment in Davidson County, Tennessee, being Unit No. 108 on the plan of Prescott Place Condominiums of record in Book 6200, Page 257, as amended in Book 6250, Page 37, Register's Office for Davidson County, Tennessee. Being the same property conveyed to Charles Walker, by deed dated July 11, 2013 from Frank Schaff, of record at Instrument No. 0130712-0072088, Register's Office for Davidson County, Tennessee.

4. **109 Prescott Place, Nashville, TN 37211**, more particularly described as:

Being a certain condominium apartment in Davidson County, Tennessee, being Unit No. 109 on the plan of Prescott Place Condominiums, of record in Book 6200, page 257, Register's Office for Davidson County, Tennessee, to which reference is hereby made for a more complete and accurate description. Being the same property conveyed to Charles Walker, from Tanya M. Cheatham, unmarried, by deed on June 26, 2008, of record in Instrument Number 20080627-0066774, Register's Office for Davidson County, Tennessee.

5. **112 Prescott Place, Nashville, TN 37211**, more particularly described as:

Land in Davidson County, Tennessee, being a part of the Plan of Prescott Place Condominiums, as of record in Plat Book 6200, page 257, as amended in Book 6250, page 537, Register's Office for Davidson County, Tennessee, the part hereby described as follows: Being Unit No. 112 on said plan and described by the Master Deed Establishing Horizontal Property Regime with Respect to Prescott Place Condominiums, as of record in Book 6615, page 743, as amended in Book 6639, page 416, Register's Office of Davidson County, Tennessee. Being the same property conveyed to Charles Walker, by deed from Edwin W. Woodhouse and wife, Betty S. Woodhouse, and Barry Andrew Woodhouse, of record at Instrument No. 20140314-0021345, Register's Office for Davidson County, Tennessee.

6. **115 Prescott Place, Nashville, TN 37211**, more particularly described as:

Property located in Davidson County, Tennessee, being a certain condominium apartment in Davidson County, Tennessee, being Unit No. 115 on the plan of Prescott Place Condominiums, of record in Book 6200, Page 257, (erroneously referenced in prior deeds as "Page 256"), as amended in Book 6250, Page 537, Register's Office for Davidson County, Tennessee, to which reference is hereby made for a more complete and accurate description. Being Unit No. 115 on said plan and described by Master Deed Establishing Horizontal Property Regime with Respect to Prescott Place Condominiums, as of record in Book 6615, Page 743, as amended in Book 6639, Page 416, Register's Office for Davidson County, Tennessee. Being the same property conveyed to Charles Walker by deed from Robert R. Douglas of record at Instrument No. 20140428-0035654, Register's Office for Davidson County, Tennessee.

7. **2717 Gear Street, Nashville, TN 37216**, more particularly described as:

Land in Davidson County, Tennessee, being Lot No. 2 on the map entitled Resubdivision of Lots 22 and 23 of the Bush Spain's Subdivision of Part of the Zaack Stull Lands of record in Instrument No. 20041216-0149677, Register's Office for Davidson County, Tennessee, to which plan reference is hereby made for a more complete and accurate legal description. Being the same property conveyed to Charles Walker by Warranty Deed from Larry Thompson and Linda Owens-Thompson, dated July 11, 2014, recorded July 14, 2014 of record in Instrument # 20140714-0061819, Register's Office for Davidson County, Tennessee.

8. **2901 Tuggle Avenue, Nashville, TN 37211**, more particularly described as:

Land in Davidson County, Tennessee, being Lot No. 1, on the Map of Tuggle Heights, Subdivision, as of record in Book 1130, Page 90, Register's Office for Davidson County, Tennessee. Said Lot No. 1 is described as follows: BEGINNING on the westerly margin of Tuggle Avenue at the corner of Lots Nos. 3 and 1; thence with the tine between said lots, westwardly 158.7 feet to the southerly margin of Thompson Lane; thence with the southerly margin of said Lane, eastwardly 139.52 feet to the beginning of a curve; thence around said curve with a radius of 20 feet to the westerly margin of said Avenue, southwardly 54.55 feet to the point of beginning. Being the same property conveyed to Charles Walker by Warranty Deed from Rembert Bryant Woodroff, Jr., Ouida Woodroff Holt and Baker Woodroff, recorded in Instrument No. 20140722-0064953, Register's Office for Davidson County, Tennessee.

9. **2903 Tuggle Avenue, Nashville, TN 37211**, more particularly described as:

Land in Davidson County, Tennessee, being Lot No.3 on the Map of Tuggle Heights of record in Book 1130, Page 90, Register's Office for Davidson County, Tennessee. Said Lot 3 fronts 60 feet on the westerly side of Tuggle Avenue and runs back between lines, 158.7 feet on the north line and 158.5 feet on the south line to a dead line in the rear on which it measures 60 feet. Being the same property conveyed to Brian M. Harrison and wife, Ondrea B. Harrison by Warranty Deed from Peggy Ann Bogle, Clifton Ray Pardue, and Billy C. Pardue, dated October 28, 2004, recorded October 29, 2004 of record in Instrument #20041029-0130164, Register's Office for Davidson County, Tennessee. Brian M. Harrison having since quitclaimed his interest to Ondrea B. Harrison of record in Instrument No. 20140804-0069796, Register's Office for Davidson County, Tennesee.

10. **2929 Selena Drive #27, Nashville, TN 37211**, more particularly described as:

Land in Davidson County, Tennessee, being Unit No. 27, Building "B," on the Plan of Kingswood Condominiums, of record in Plat Book 5200, Page 520, Register's Office for Davidson County, Tennessee, to which plan reference is hereby made for a more complete description. Being the same property conveyed to Charles Walker, by deed dated January 9, 2013 from Fannie Mae aka Federal National Mortgage Association, of record at Instrument No. 20130111-0003936, said Register's Office.

Case 3:19-ap-90103    Doc 2-1    Filed 05/12/19    Entered 05/12/19 22:13:02    Desc
Exhibit A - Lien Lis Pendens    Page 4 of 7

11. **2929 Selena Drive #118, Nashville, TN 37211**, more particularly described as:

A certain condominium apartment in Davidson County, Tennessee, being Unit No. 118, as shown on the site plan of Kingswood Condominiums, of record in Book 5200, Page 520, Register's Office for Davidson County, Tennessee, together with the undivided percentage interest in the common elements appurtenant to said unit as set forth in Ex hi bit C of the master deed establishing Kingswood Condominiums, as amended, of record in Book 6058, page 320, said Register's Office. Being the same property conveyed to Charles E. Walker, by deed of even date, recorded simultaneously herewith, of record in Instrument No. 20111109-0087676, Register's Office for Davidson County, Tennessee.

12. **2929 Selena Drive #138, Nashville, TN 37211**, more particularly described as:

Land in Davidson County, Tennessee, being Unit No. 138, on the Plan of Kingswood Condominiums, of record in Plat Book 5200, Page 520, Register's Office for Davidson County, Tennessee, to which plan reference is hereby made for a more complete description, together with the undivided percentage interest in the common elements appurtenant to said Unit, set forth in Exhibit "C" of the Master Deed, as amended, establishing Kingswood Condominiums, of record in Book 6058, Page 320, said Register's Office. Being the same property conveyed to in Charles Walker, by deed dated from Billie Walker, of record at Instrument No. 20130826-0089518, said Register's Office.

13. **3218 Glencliff Road, Nashville, TN 37211**, more particularly described as:

Being Parts of Lots 20, 21 and a tract marked "For Future Development" as shown on the Map of J. P. Ellis' Glencliff Subdivision, Section "A", a part of the Morton tract of record in Book 1130, Page 23, Register's Office for Davidson County, Tennessee, and more particularly described to a survey by Ralph W. W. Lambert, August 23, 1964, as follows: Beginning at an iron pin on the Easterly margin of Glencliff Road, 18 feet Southerly from the Southwest corner of Lot No. 21; thence S 85 degrees 25' E, 262 feet to an iron pin; thence N 3 degrees 05' E, 132 feet to an iron pin 20 feet North of the original line between Lots Nos. 20 and 21; thence 132 feet to an iron pin 20 feet North of the original line between Lots Nos. 20 and 21, S 88 degrees 30' E, 272 feet to a comer fence post, being J. E. Forman's Southeast corner in the Westerly line of the Lewis Payne property; thence with Payne's Westerly line S 30 degrees 30' W, 371 .5 feet to an iron pin in the Northerly margin of Old Antioch Pike; thence S 86 degrees W, 476 feet to a railroad spike at the intersection of the Northerly margin of said pike and the Easterly margin of Glencliff Road; thence in a Northerly direction with the Easterly margin of

said Road with the curve 257.2 feet to the point of beginning, containing 2.94 acres, more or less. Included in this description but specifically excluded herefrom is that portion of the property conveyed to Metropolitan Government for Nashville/Davidson County, of record in Book 4384, Page 894, being parts of Lots Nos. 20, 21 and a tract marked "For Future development" on the Map of Book1130, Page 23, Register's Office for Davidson County, Tennessee, containing 12,260 square feet. Also the rights for a temporary slope and construction easement to extend 40 feet beyond the new relocated Northerly margin of Antioch Pike. Said easement is to become null and void upon completion of the construction said Pike. Being the same property conveyed to Charles Walker by Warranty Deed from Judy Ann Cothran, dated June 23, 2014, recorded June 25, 2014 of record in Instrument No. 20140625-0055295, Register's Office for Davidson County, Tennessee.

14. **2825 Hartford Drive, Nashville, TN 37210**, more particularly described as:

Land in Davidson County, Tennessee, being Lot No. 72, on the Plan of Hidden Acres Subdivision, according to plat appearing of record in Book 1130, page 89, of the Register's Office of Davidson County, Tennessee. Being the same property conveyed to Charles E. Walker by deed from Pinnacle National Bank, Instrument No. 20091231-0118778, Register's Office of Davidson County, Tennessee.

15. **507 Garfield Street, Nashville, TN 37208**, more particularly described as:

Land in Davidson County, Tennessee, being the easterly parts of Lots 137 and 139 on the plan of North Nashville Realty Company's Subdivision, of record in Book 21, page 105, Register's Office for Davidson County, Tennessee. Said part of lots fronts 54 feet 7 inches on the South side of Foster Street and runs back between lines, 100 feet and along the west margin of an alley, Lot No. 141 measures 53.7 feet.

16. **923 Locklayer Street, Nashville, TN 37208**, more particularly described as:

Land in Davidson County, Tennessee, being Lot No. 49 on the plan of Block "C" Bransford Realty Company's Subdivision of the South Part of the North Hill Tract, of record, in Book 421, page 76, Register's Office for Davidson County, Tennessee, to which reference is hereby made for a more complete and accurate description. Being the same property conveyed to Charles Walker, from Valerie W. Granderson, a single woman, by deed on August 21, 2008, of record in Instrument Number 20080822-0086535, Register's Office for Davidson County, Tennessee

Case 3:19-ap-90103   Doc 2-1   Filed 05/12/19   Entered 05/12/19 22:13:02   Desc
Exhibit A - Lien Lis Pendens   Page 6 of 7

The action asserts, among other claims, that the defendants, including Charles E. Walker, Jon Paul Johnson and Green Wise Homes, LLC, are liable to plaintiff on various causes of action and that cause exists to secure the plaintiff's claims against the further transfer or concealment of the defendants' assets. The amount of the lien is $825,000.

I, Maria Salas, Davidson County Clerk and Master, do hereby certify that the foregoing is a true Abstract containing the names of the parties to the suit, a description of the real estate affected, its ownership, and a brief statement of the nature and amount of the lien sought to be fixed arising from this action, as the same is shown in the records of my office.

IN TESTIMONY WHEREOF, I have set my hand and affixed the seal of the Court on this, the 4th day of April, 2019.

Maria Salas, Clerk & Master

By:_____, PC